

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2016

No. 04-16-00656-CV

**IN THE ESTATE OF ALVILDA MAE AGUILAR, DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2802
Honorable David Peeples, Judge Presiding

## O R D E R

Appellant's brief was due on December 16, 2016. Neither the brief nor a motion for extension of time has been filed.

We, therefore, ORDER appellant to file, <u>on or before January 13, 2017</u>, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1). If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See id.*; *see also* TEX. R. APP. P. 42.3(b),(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court